JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOHAMMED ASHRAF,

                    Petitioner,

        v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

                    Respondents.

Case No. 5:25-cv-02114-FLA (DFM)

**JUDGMENT AND WRIT OF HABEAS CORPUS**

1

Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge, it is hereby ORDERED AND ADJUDGED:

1. The court GRANTS the Petition for habeas relief, Dkt. 1, and ISSUES a writ of habeas corpus requiring Petitioner's immediate release from custody subject to "appropriate conditions" of supervision to be determined by immigration authorities.

2. Respondents must release Petitioner within seventy-two (72) hours of the electronic docketing of this Order and Respondents must file and serve a declaration averring to their compliance with this Order and that Petitioner has been released.

IT IS SO ORDERED.

Dated: April 9, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2